UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT SMITH,

    Plaintiff,

v.                                           Case No. 3:13cv611/RV/CJK

FEDERAL UNITED STATES
and BARAK OBAMA,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On January 21, 2014, the court entered an order directing plaintiff to file an amended complaint and either submit payment in the amount of $400.00 (the $350.00 filing fee and $50.00 administrative fee) or file a completed motion to proceed *in forma pauperis* within thirty days of the court's order. *See* doc . 4. The court advised plaintiff that failure to comply with the order, as instructed, would result in a recommendation that the case be dismissed for failure to comply with an order of the court. Although plaintiff filed an amended complaint (doc. 7), it was not in proper form. Plaintiff also failed to submit the filing fee or file a completed motion to proceed *in forma pauperis*. The court thus directed plaintiff to show cause, within fourteen days of the court's order, why the case should not be dismissed for failure to comply with an order of the court. *See* doc. 8. Plaintiff responded to the court's order to show cause (*see* docs. 9, 10), but he wholly failed to demonstrate good cause

for his failure to file an amended complaint in proper form and either pay the filing fee or file a completed motion to proceed *in forma pauperis*. The undersigned therefore recommends that this matter be dismissed for failure to comply with an order of the court.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

DONE AND ORDERED this 18th day of April, 2014.

/s/ *Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).